UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

CSC HOLDINGS, INC.                          MEMORANDUM
                                                AND
            Plaintiff,                      ORDER

      - against -                          01-CV-00838 (TCP)(MLO)

JOSE HERNANDEZ,

            Defendant.

------------------------------X

PLATT, District Judge.

On basis of and for the reasons set forth in the Report and Recommendation of United States Magistrate Judge Michael L. Orenstein set forth on pages 16 and 17 of the transcript of proceedings on April 13, 2004, that the "Plaintiff is entitled to an award of statutory damages in the amount of $55,000" and "the Plaintiff is entitled to an award of attorney's fees . . . in the amount of $1,435 and . . . costs in the amount of $180" and that the same is, in all respects, affirmed.

SO ORDERED.

                                            /s/
                                   United States District Judge

Dated: Central Islip, New York
       January   , 2007